NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERISOURCEBERGEN SPECIALTY GROUP, INC.,**
*Appellant*

**v.**

**FFF ENTERPRISES, INC.,**
*Appellee*

---

2016-2025

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2014-00154.

---

## JUDGMENT

---

JAMIL ALIBHAI, Munck Wilson Mandala, LLP, Dallas, TX, argued for appellant. Also represented by DANIEL E. VENGLARIK.

THOMAS M. MELSHEIMER, Winston & Strawn LLP, Dallas, TX, argued for appellee. Also represented by THOMAS B. WALSH; JOHN A. DRAGSETH, Fish & Richardson P.C., Minneapolis, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 6, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |